UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JERMAINE WILLIAMS, et al.,

    Plaintiffs,

v.                                CASE NO. 8:21-cv-1480-SDM-TGW

WALMART, INC.,

    Defendant.
_____/

## ORDER

Because the plaintiffs amend the complaint under Rule 15(a)(1)(B), Federal Rules of Civil Procedure, the motion (Doc. 21) to dismiss and to strike is **DENIED AS MOOT**.

ORDERED in Tampa, Florida, on October 6, 2021.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE