UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JERMAINE WILLIAMS, et al.,

    Plaintiffs,

v.                                                CASE NO. 8:21-cv-1480-SDM-TGW

WALMART, INC.,

    Defendant.
_____/

## ORDER

In accord with the parties' stipulations (Docs. 46 and 49), the claims of Jermaine Williams are **DISMISSED WITHOUT PREJUDICE** and the claims of Kelcci Shelton and Christine Callahan are **DISMISSED WITH PREJUDICE**. Because no claim persists, the action is **DISMISSED**. The clerk must terminate any pending motion and close the case.

ORDERED in Tampa, Florida, on July 1, 2022.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE